Case 1:08-cv-04431    Document 2    Filed 08/06/2008    Page 1 of 1

FILED: AUGUST 6, 2008
08CV4431
JUDGE ZAGEL
MAGISTRATE JUDGE COLE
CEM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

<u>I</u>. **Plaintiff(s):** WARNER BROS. ENTERTAINMENT INC.

County of Residence: **Los Angeles**

Plaintiff's Attorney: **Douglas N. Masters   (312) 464-3100**
**Sharon A. Ceresnie**
**LOEB & LOEB LLP**
**321 North Clark Street**
**Suite 2300**
**Chicago, IL 60654**

**Defendant(s):** MIKE PIERCE

County of Residence: Cook

Defendant's Atty: Unknown

<u>II</u>.   <u>Basis of Jurisdiction</u>:        **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

    Plaintiff:-   **N/A**
    Defendant:-  **N/A.**

<u>IV.  Origin</u> :   **1. Original Proceeding**

<u>V.  Nature of Suit</u>:   **820 Copyrights**

<u>VI. Cause of Action</u>:   **17 U.S.C. Section 501 et seq. - copyright infringement**

<u>VII. Requested in Complaint</u>
    Class Action:   **No**
    Dollar Demand: **Statutory damages**
    Jury Demand:   **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature**: /s/ Sharon A. Ceresnie

**Date:**   August 6, 2008

    If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the Back button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly**.     Revised: 06/28/00