UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MIKE PIERCE, an individual,<br><br>  Defendant. | No.: FILED: AUGUST 6, 2008<br>08CV4431<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE COLE<br><br>CEM |

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Plaintiff identifies below its parent corporations and any publicly held company that owns 10% or more of Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

WARNER BROS. ENTERTAINMENT INC.

DATED: August 6, 2008

By: /s/ Sharon A. Ceresnie
Douglas N. Masters
Sharon A. Ceresnie
LOEB & LOEB LLP
321 North Clark Street
Chicago, IL 60654
Phone: (312) 464-3100
Fax:   (312) 464-3111
dmasters@loeb.com
sceresnie@loeb.com