# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Warner Bros. Entertainment Inc.
v.
Mike Pierce

Case Number:
FILED: AUGUST 6, 2008
08CV4431
JUDGE ZAGEL
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Warner Bros. Entertainment Inc.

CEM

| | |
|---|---|
| **NAME** (Type or print)<br>Douglas N. Masters | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Douglas N. Masters | |
| **FIRM**<br>Loeb & Loeb LLP | |
| **STREET ADDRESS**<br>321 North Clark Street, Suite 2300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60654 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06199010 | **TELEPHONE NUMBER**<br>312/464-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |